**Opinion filed June 4, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00223-CV

_____

## QUAD A, INC., Appellant

## V.

## THE G & M HARRIS FAMILY LIMITED PARTNERSHIP, L.P., GARY HARRIS, MARY HARRIS, AND CJ REAL ESTATE, LLC, Appellees

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-20-06-0626-CV**

### M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court an agreed motion to dismiss this appeal. In the motion, the parties state that they have settled the case and that all parties have agreed to bear their own costs. *See* TEX. R. APP. P. 42.1(a), (d). Accordingly, we dismiss this appeal pursuant to the parties' agreed motion.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

June 4, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.